**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

CASE NO. 07-cr-00441-RM-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELIE QUINONEZ,

    Defendant.

---

**ORDER OF RECUSAL**

---

This matter is before the Court *sua sponte*.

Section 455(a) of Title 28 of the United States Code states that "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." A trial judge must recuse himself when there is an appearance of bias, regardless of whether there is actual bias. *Nichols v. Alley*, 71 F.3d 347, 350 (10th Cir. 1995). "The test is whether a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality." *Hinman v. Rogers*, 831 F.2d 937, 939 (10th Cir. 1987).

The defendant in this case was represented by the Office of the Federal Public Defender ("Office") in the matter for which he is on supervised release. At that time, I was the Federal Public Defender ("FPD"). While I was the FPD, I had supervisory responsibility with respect to all matters within the Office. By virtue of my position, I may have, in addition to imputed knowledge, actual knowledge of this defendant in his underlying case. And I am unable to discern or predict how

matters relating to his original case may or should impact decisions with respect to the defendant's supervised release.

As a result, recusal is required by 28 U.S.C. § 455(a), and I hereby recuse myself from this case. It is therefore

ORDERED that the Judge's file be returned to the Clerk's office for the case to be reassigned by random draw.

DATED this 11th day of February, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge